**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **ADVANCED CARTRIDGE TECHNOLOGIES, LLC,** a Florida limited liability company, and **INCREDIBLE UNDERWATER LED LIGHTING, INC.,** a Florida corporation,<br><br>       Plaintiffs,<br><br>  vs.<br><br>**MARK COLLIER,** individually, and doing business as **GREEN BLOB OUTDOORS, LLC,** a forfeited Texas limited liability company,<br><br>       Defendants. | Case No. 1:21-cv-00657-LY |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's January 4, 2022 Case Management and Scheduling Order (Doc. No. 16), the parties submit the following Joint Claim Construction Statement. The parties submit that briefing and a claim construction hearing is warranted to address the differences regarding their respective proposed construction of the identified claim terms.

**I.    PROPOSED CLAIM CONSTRUCTIONS OF DISPUTED CLAIM TERMS, PHRASES, OR CLAUSES**

The parties disagree regarding the appropriate construction of the claim terms identified in the chart attached as Exhibit A, and respectfully request that the Court rule on the appropriate construction through the claim construction procedure outlined in the Court's Case Management and Scheduling Order (Doc. 16).

Respectfully submitted June 6, 2022.

/s/ Brian R. Gilchrist
Brian R. Gilchrist
Texas Bar No. 07904795
Florida Bar No. 774065
bgilchrist@allendyer.com
ALLEN, DYER, DOPPELT + GILCHRIST, PA
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:     407-841-2330
Facsimile:      407-841-2343


Peter K. Rusek
Texas Bar No. 17,400,400
prusek@slm.law
SHEEHY, LOVELACE & MAYFIELD, P.C.
510 North Valley Mills Drive, Suite 500
Waco, TX  76710-6077
Telephone:     (254) 772-8022
Facsimile:      (254) 772-9297

Attorneys for Plaintiffs,
Advanced Cartridge Technologies, LLC
Underwater LED Lighting, Inc.

/s/ Siddhesh V. Pandit
(*Signed by Filing Attorney with Permission of
Non-Filing Attorney*)
Timothy J. Maier, *Admitted Pro Hac Vice*
tjm@maierandmaier.com
Siddhesh V. Pandit, *Admitted Pro Hac Vice*
svp@maierandmaier.com
Maier & Maier, PLLC
345 S. Patrick Street
Alexandria, VA  22314
Tel:  703-740-8322
Fax: 703-991-7071


Michael J. Collins
Texas State Bar No. 04614510
mjc@maierandmaier.com
Maier & Maier, PLLC
2777 Allen Parkway, Ste. 1000
Houston, TX  77019
Tel:  713-452-2620
Fax: 703-991-7071

Attorneys for Defendants,
Mark Collier and
Green Blob Outdoors, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to the following CM/ECF participants:

Michael J. Collins
Texas State Bar No. 04614510
mjc@maierandmaier.com
Maier & Maier, PLLC
2777 Allen Parkway, Ste. 1000
Houston, TX  77019
Tel:  713-452-2620
Fax: 703-991-7071

Siddhesh V. Pandit
*Admitted Pro Hac Vice*
svp@maierandmaier.com
Timothy J. Maier
*Admitted Pro Hac Vice*
tjm@maierandmaier.com
Maier & Maier, PLLC
345 S. Patrick Street
Alexandria, VA  22314
Tel:  703-740-8322
Fax: 703-991-7071

/s/ Brian R. Gilchrist
Brian R. Gilchrist,
Texas Bar No. 07904795
Florida Bar No. 774065