Exhibit A

**Exhibit A**

| **Term** | **Plaintiffs' Proposed Construction** | **Support for Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** | **Support for Defendants' Proposed Construction** |
|---|---|---|---|---|
| "thermally conductive material" (claim 1) | Any material that can absorb, release or transfer heat. | The term is defined in the '374 Patent, 11:55-56. | A material that has a greater ability to absorb, release, and transfer heat by thermal conductivity than remaining elements of the structure that are not identified as "thermally conductive." | '374 Patent, 11:55-56, 2:10-16, 6:38-39. |
| "attached to a housing" (claim 1) | Plain and ordinary meaning.<br><br>In the event the Court determines a definition is needed: Joined, fastened, or connected to a housing. | '347 Patent, 4:21-22, 5:9-58, 6:38-39, 7:13-14, 9:10-16; Figures 5, 6, 10, 11, 12, 18, 19, 20. | Joined, fastened, or connected to the housing by a mechanical element that couples the structure being joined, fastened, or | '374 Patent, 5:24-58; Figures 5-6, 10-12, 18-19. |

| | | | | |
|---|---|---|---|---|
| | | | connected to the housing | |
| "supported by said supporting surface" (claim 5) | Plain and ordinary meaning. | | Retained in place principally or exclusively by its connection to the supporting surface, such that if the connection to the supporting surface were removed, the element would no longer be supported. | '374 Patent, 5:4-5, 6:1-7, 6:19-22, 6:54-58; Figures 1, 3. |
| "a transparent cover located over at least one end of said lighting fixture housing" (claim 6) | Plain and ordinary meaning.<br><br>In the event the Court determines a definition is needed: Any translucent barrier between a water source and a light emitting unit, located at least partially over one end of the light fixture housing. | '374 Patent, 11:60-62, 2:17-21, 4:21-22, 6:38, 7:13; Figures 18, 19, 20. | A transparent cover positioned over the light fixture housing such that it completely encloses one end of the light fixture housing, acting as a complete barrier between the water source and the end of the light fixture housing. | '374 Patent, 11:60-62, 2:17-21, 4:21-22, 6:38, 7:13, 7:41-43; Figures 18-20. |

| | | | | |
|---|---|---|---|---|
| "commands" (claim 7) | Plain and ordinary meaning.<br><br>In the event the Court determines a definition is needed: Directive, instruction, or signal to perform a task. | '374 Patent, 3:62-4:20. | Instructions or signals given to the processing circuitry that, when accepted by the processing circuitry, cause the processing circuitry to actively operate in a different manner. | '374 Patent, 3:62-4:20. |
| "chamber" (claims 1 and 5) | Plain and ordinary meaning.<br><br>In the event the Court determines a definition is needed: A cavity or compartment forming a space in which water may enter. | '374 Patent, 4:22-28, 4:29-49, 4:67-5:8, 5:31-32, 5:37-38, 5:44-45, 5:55-56; Figures 1, 2, 4, 15, 19, 20. | A space that is enclosed by its surrounding structure, such that the space has an internal volume of greater width than at least one external aperture. | '374 Patent, 6:59-7:5, 8:1-29; Figures 2, 4, 20. |
| "central axis" (claim 1) | A straight line extending through the center of the symmetrical structure. | '374 Patent, 6:1-11, 6:38-54, 7:13-24, 7:33-38, 8:1-11, 8:60-67, 9:23-37, 9:49-52; Figure 1. | A line passing through the center of the chamber that receives water. | '374 Patent, 6:38-54, 7:13-24, 8:60-67; Figure 1. |